AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

DANIEL J. PAYNE,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:10-CV-00104-HDM-VPC**

STATE OF NEVADA, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Abeyance (#4) is **DENIED.** This matter is **DISMISSED WITHOUT PREJUDICE**.

  April 7, 2010                              **LANCE S. WILSON**
                                                       Clerk

                                                        D. R. Morgan
                                                      Deputy Clerk